# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COPPERMINE FIRE SUPPRESSION SYSTEMS, LLC D/B/A/ FIRE SUPPRESSION SYSTEMS; and JOHN MARCHETTE,<br><br>Defendants. | Cause No. CV-19-74-GF-BMM<br><br>**ORDER GRANTING COPPERMINE FIRE SUPPRESSION SYSTEMS, LLC'S UNOPPOSED MOTION TO RESCHEDULE TELEPHONIC PRELIMINARY PRETRIAL CONFERENCE** |

Defendant Coppermine Fire Suppression Systems, LLC d/b/a Fire Suppression Systems, having filed an unopposed motion to reschedule the Telephonic Preliminary Pretrial Conference,

IT IS ORDERED that the motion is GRANTED.  The Telephonic Preliminary Pretrial Conference set for Wednesday, May 27, 2020, at 1:30 p.m. is VACATED and RESET for June 4 2020, at 1:30 p.m., to be held upon the same terms as originally ordered.  The Court will contact the parties with the call-in number.

The Court's Order dated April 14, 2020 (Doc. 10), shall remain in full force and effect in all other respects.

DATED this 18th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court